ACCEPTED
01-14-00870-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/7/2015 2:09:11 PM
CHRISTOPHER PRINE
CLERK

**No. 01-14-00870-CV**

In the Court of Appeals
For the First District of Texas
Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/7/2015 2:09:11 PM
CHRISTOPHER A. PRINE
Clerk

Elishah Sawyers; Pax Freight & Crate, Inc.;
and Robin Sawyers,

Appellants

vs.

Mark Carter and Sally Carter,

Appellees

Appeal from the 506th Judicial District Court of
Waller County, Texas
Trial Court Cause No. 14-07-22604

**APPELLEES' MOTION TO STRIKE APPELLANTS' RESTRICTED
NOTICE OF APPEAL**

Mr. Bruce C. Tough
State Bar No. 20151500
Tough Law Firm, PLLC
819 Crossbridge Drive
Spring, Texas 77373
btough@toughlawfirm.net
telephone: (281) 681-0808
telecopier: (281) 281-0809
*Lead Counsel for Appellees Mark
Carter and Sally Carter*

1

In the Court of Appeals
For the First District of Texas
Houston, Texas

Elishah Sawyers; Pax Freight & Crate, Inc.;
and Robin Sawyers,

Appellants

vs.

Mark Carter and Sally Carter,

Appellees

Appeal from the 506th Judicial District Court of
Waller County, Texas
Trial Court Cause No. 14-07-22604

## APPELLEES' MOTION TO STRIKE APPELLANTS' RESTRICTED NOTICE OF APPEAL

**TO THE HONORABLE FIRST COURT OF APPEALS:**

**NOW COME** Appellees, Mark and Sally Carter, to file this motion to strike the restricted notice of appeal and, in support thereof, the Appellees would respectfully show the Court as follows:

1. Appellants filed a notice of appeal on October 27, 2014 and have now also filed a notice of restricted appeal on March 27, 2015.

2

2.      Texas Rules of Appellate Procedure 26.1(c) provide the requirements for a party to prevail in a restricted appeal: (1) it filed notice of the restricted appeal within six months after the final judgment was signed; (2) it was a party to the underlying litigation; (3) it did not participate in the underlying proceedings and did not timely file any post-judgment motions; and (4) error is apparent on the face of the record.

3.      The deadline for the filing of the restricted notice of appeal was March 12, 2015,  six months after the date on which the judgment was signed on September 12, 2014. *Id.*  Appellants did not file their restricted notice of appeal until March 27, 2014. The six-month time limit is mandatory and jurisdictional. *Quaestor Invs., Inc. v. State of Chiapas*, 997 S.W.2d 226, 227 (Tex. 1999)[1].

3.      Furthermore, an ordinary appeal and restricted appeal may not be pursued simultaneously. *Zepeda v. Giraud*, 880 S.W.2d 833, 834 - 835 (Tex. App. San Antonio 1994) (An appeal by writ of error from a default judgment in a civil suit was dismissed for want of jurisdiction because appellant had previously perfected an ordinary appeal, which was dismissed by the court and not abandoned by appellant.)

---

[1] *This case* concerned a writ of error proceeding filed in 1996 under the former Texas Rules of Appellate Procedure. "Writ of error" appeals have been replaced by "restricted" appeals under the current Texas Rules of Appellate Procedure. *See Tex. R. App. P. 30.*

3.    For the foregoing reasons, appellees request that the Court strike the notice of restricted appeal and grant all other relief to which Appellees are entitled.

Respectfully submitted,

**TOUGH LAW FIRM, PLLC**

/s/ Bruce C. Tough
**Bruce C. Tough**
btough@toughlawfirm.net email
State Bar No. 20151500
819 Crossbridge Drive
Spring, Texas 77373
(281) 681-0808 telephone
(281) 681-0809 telecopy
**Lead Counsel for Appellees**
**Mark Carter and Sally Carter**

### Certificate of Conference

On April 7, 2015, as required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I or my office conferred with Scott Rothenberg, attorney for Appellants, about the merits of this motion and he stated he opposes the motion.

/s/ Bruce C. Tough
Bruce C. Tough

4

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document has been forwarded by e-filing and e-service to all lead counsel of record, on this 7th day of April, 2015, as follows:

Scott Rothenberg
LAW OFFICES OF SCOTT ROTHENBERG
2777 Allen Parkway, Suite 1000
Houston, Texas 77019-2165
(713) 667-0052 telecopier
scott@rothenberglaw.com email
***Counsel for Appellants***
***Elishah Sawyers; Pax Freight &***
***Crate, Inc.; and Robin Sawyers***

/s/ Bruce C. Tough
Bruce C. Tough
